

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN McCRARY, | NO. CV 03-02119-DSF (SS) |
| Plaintiff, | |
| v. | ORDER ADOPTING FINDINGS, |
| DR. ERIC SORENSON, et al., | CONCLUSIONS, AND RECOMMENDATIONS |
| Defendants. | OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's First Amended Complaint, the County Defendants' Motion for Summary Judgment, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections has passed, and no Objections have been received. Accordingly, the Court accepts and adopts the Magistrate Judge's Report and Recommendation.

\\\
\\\
\\\

1  Consistent with the Report and Recommendation, IT IS ORDERED that
2  the County Defendants' Motion for Summary Judgment is GRANTED and that
3  Judgment be entered in favor of the County Defendants. Judgment shall
4  also be entered in favor of the Medical Defendants, whose Motion for
5  Summary Judgment was previously granted by Order entered on October 20,
6  2004.[7] The Clerk of the Court shall serve copies of this Order and the
7  Judgment on Plaintiff and counsel for all Defendants.
8
9  LET JUDGMENT BE ENTERED ACCORDINGLY.
10
11 DATED: 7-8-05  .                    /s/ Dale S. Fischer
12                                     _____
                                       DALE S. FISCHER
13                                     UNITED STATES DISTRICT JUDGE

---

[7] Because this Order adjudicated fewer than all of Plaintiff's claims and the rights and liabilities of fewer than all the parties, no final Judgment was entered at this time. See Fed. R. Civ. P. 54(b).